ACCEPTED
01-1500582-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/7/2015 5:32:32 PM
CHRISTOPHER PRINE
CLERK

# IN THE COURT OF APPEALS
# FIRST DISTRICT OF TEXAS AT HOUSTON

## No.  01-1500582-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/7/2015 5:32:32 PM

CHRISTOPHER A. PRINE
Clerk

## IN RE TERR'L LA'YONNE MARK, RELATOR

### From the 387th Judicial District Court
### Fort Bend County, Texas
### Trial Court Cause No. 14-DCV-214998

### Local Rule Notice of and Assignment
### of Related Case in Appeals

COMES NOW Relator TERR'L MARK and files his notice as follows:

As required by the Local Rules Relating to Assignment of Related Cases to and Transfers of Related Cases between the First and Fourteenth Courts of Appeals, I the undersigned attorney certify that this original proceeding has NOT been previously filed in either the First or Fourteenth Court of Appeals.

*/s/Dorothea E. H. Laster*
Dorothea E. H. Laster

Respectfully submitted,

Hopkins-Laster Law Office
3516 Longview Drive
Corinth, Texas  76210
(940) 498-1222
Fax:  (940) 497-0566
Email: HopkinsLaster@Aol.Com


*/s/Dorothea E. H. Laster*
By: Dorothea E. H. Laster
SBN:  11970400
Attorney for Relator

## CERTIFICATE OF SERVICE

I certify that a true copy of this Notice was served in accordance with rule 9 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel on July 7, 2015, in the manner and on the persons via ECF:

*/s/Dorothea E. H. Laster*
Dorothea E. H. Laster

The Honorable Judge Brenda G. Mullinix, Respondent
387th Judicial District Court
301 Jackson Street
Richmond, Texas  77469
Phone:  (281) 238-3290
Fax: (281) 238-3289
Via Court Coordinator's Email: allyson.stephens@fortbendcountytx.gov

Troy J. Wilson, Attorney for Real Party in Interest
Law Office of Nelson M. Jones
440 Louisiana, Suite 1575
Houston, Texas  77002
Phone: (713) 236-8736
Fax: (713) 236-8990
Via Email: tjwlaw777@yahoo.com

Miesha Haynes-Nuofia, Assistant Attorney General
Child Support Division
2440 Texas Pkwy, Suite 300
Missouri City, Texas  77489-4073
Phone: (281) 208-6335
Fax:  (281) 208-2157
Via Email: CSD-legal-605@texasattorneygeneral.gov